In the Matter of Sol Atlas, Appellant, against James K. Dick, as Building Inspector of the Village of Great Neck Plaza, et al., Respondents.

Argued April 19, 1949; decided May 26, 1949.

*Hyman Grill* and *Henry A. Panoff* for appellant.

*John H. Munley* and *George J. Meade* for respondents.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and BROMLEY, JJ.